

**NUMBER 13-15-00387-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IRENE SALDIVAR,                                                                          Appellant,

v.

CITY OF SAN BENITO, TEXAS,                                               Appellee.

### On appeal from the County Court at Law no. 5
### of Cameron County, Texas.

# ORDER

### Before Justices Garza, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to reinstate the appeal. This Court previously issued a memorandum opinion dismissing Cause No. 13-15-00387-CV for failure to pay the filing fee. *See* TEX. R. APP. P. 42.3(c). The Court, having fully examined and considered appellant's motion for reinstatement is of the opinion that, in

the interest of justice, appellant's motion for reinstatement should be GRANTED. However, failure to pay the filing fee within fourteen days of the date of this Order will result in dismissal of the cause pursuant to Texas Rule of Appellate Procedure 42.3(c). *See* TEX. R. APP. P. 42.3(c).

Accordingly, we withdraw our previous opinion and judgment. Said cause is REINSTATED and remains pending before the Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
13th day of November, 2015.